**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**EDGARDO MELENDEZ,**

              **Plaintiff,**

      **v.**                                          **9:05 -CV-1614**

**DOCTOR LESTER N. WRIGHT,** *Chief Medical Director*;
**GLENN S. GOORD,** *Commissioner*; **MR. RAMINENI,** *Doctor*;
**SALLY BAXTER; DR. RABINOWITZ; KENNETH PERLMAN;
MAHNAZ SULLIVAN; EDWARD SOTTILE; and JOHN SUPPLE,**

              **Defendants.**
_____

**APPEARANCES:**                        **OF COUNSEL:**

EDGARDO MELENDEZ
268771
Central New York Psychiatric Center
P.O. Box 300
Marcy, New York 13404
Plaintiff, *Pro se*

HON. ANDREW M. CUOMO           SENTA B. SIUDA, ESQ.
Attorney General of the State of New York    Assistant Attorney General
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204
Attorney for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### **ORDER**

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed on the 29th day of September 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment is granted and this action is dismissed.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: October 29, 2008
       Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2